# Michael Faillace & Associ[ates]

Employment and Litigation Attorne[ys]

60 E. 42nd Street, Suite 2540
New York, New York 10165

ctucker@faillacelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2021

January 18, 2021

**VIA ECF**
District Judge
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:       JOSE LUIS AGUILAR et al v. E&M FOOD MARKET CORP. et al
CASE #:   1:20-cv-05869-AT

Your Honor:

    This office represents Plaintiff. We submit the instant letter with consent of defendants to respectfully request an extension of time to submit settlement materials. The original date to submit materials is January 19, 2021. Dkt. No. 25. The reason for the request is to finalize agreement on specific payment period of the settlement in principle. There have been no previous requests for extension. All parties consent to the extension.

    The parties respectfully propose an extension to January 25, 2021 to submit settlement materials.

    We thank the Court for the time and attention to this matter.

Respectfully submitted,

By: _____/s/ Clifford Tucker_____
Clifford Tucker, Esq.

GRANTED. By **January 25, 2021**, the parties shall submit their settlement materials.

SO ORDERED.

Dated: January 19, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge

1