UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JOSE LUIS AGUILAR and JUAN GIL ORTEGA, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

E&M FOOD MARKET CORP. (D/B/A FOOD UNIVERSE MARKETPLACE (F/K/A KEY FOOD)), MIGUEL MARTINEZ, and EDELMA MARTINEZ,

                Defendants
---------------------------------------------------------X

**Case** 1:20-cv-05869-AT

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO:   **Jian Hang**
Diana Y. Seo
Hang & Associates, PLLC
136-18 39th Avenue Suite 1003
Flushing, NY 11354
(718)-353-8588
Fax: (718)-353-6288
Email: jhang@hanglaw.com; dseo@hanglaw.com

     PLEASE TAKE NOTICE that Plaintiffs JOSE LUIS AGUILAR and JUAN GIL ORTEGA hereby accept the offer of judgment made by Defendants E&M FOOD MARKET CORP. (D/B/A FOOD UNIVERSE MARKETPLACE (F/K/A KEY FOOD)), MIGUEL MARTINEZ, and EDELMA MARTINEZ pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated January 23, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.
.

Dated: New York, New York
         January 25 2021

Respectfully submitted,

*/s/ Michael Faillace*
Michael Faillace, Esq.
Michael Faillace & Associates, PC
60 East 42nd Street, Suite 4510
New York, NY 10165
Michael@FaillaceLaw.com
212-317-1200