UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JOSE LUIS AGUILAR and JUAN GIL
ORTEGA, individually and on behalf of others
similarly situated,                                             Case 1:20-cv-05869-AT

        Plaintiffs,                **JUDGMENT**

-against-

E&M FOOD MARKET CORP. (D/B/A
FOOD UNIVERSE MARKETPLACE
(F/K/A KEY FOOD)), MIGUEL
MARTINEZ, and EDELMA MARTINEZ,

        Defendants
---------------------------------------------------------X

    On _____ Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs JOSE LUIS AGUILAR and JUAN GIL ORTEGA, have judgment against Defendants E&M FOOD MARKET CORP. (D/B/A FOOD UNIVERSE MARKETPLACE (F/K/A KEY FOOD)), MIGUEL MARTINEZ, and EDELMA MARTINEZ, (collectively "Defendants"), jointly and severally, in the amount of $65,000.00, (Sixty Five Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.
.

    Dated: _____, 20\_\_    SO ORDERED,

                                                                                        _____