USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE LUIS AGUILAR and JUAN GIL ORTEGA, individually and on behalf of others similarly situated,

        Plaintiffs,

-against-

E&M FOOD MARKET CORP. (D/B/A FOOD UNIVERSE MARKETPLACE (F/K/A KEY FOOD)), MIGUEL MARTINEZ, and EDELMA MARTINEZ,

        Defendants
-----------------------------------------------------------X

Case 1:20-cv-05869-AT

**JUDGMENT**

On January 25, 2021 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs JOSE LUIS AGUILAR and JUAN GIL ORTEGA, have judgment against Defendants E&M FOOD MARKET CORP. (D/B/A FOOD UNIVERSE MARKETPLACE (F/K/A KEY FOOD)), MIGUEL MARTINEZ, and EDELMA MARTINEZ, (collectively "Defendants"), jointly and severally, in the amount of $65,000.00, (Sixty Five Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

.

SO ORDERED.

Dated: January 27, 2021
       New York, New York

                                             ANALISA TORRES
                                          United States District Judge